DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
TARA M. STEELEY, State Bar #231775
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:  (415) 554-4655
Facsimile:  (415) 554-4699
E-Mail:   Tara.Steeley@sfcityatty.org

Attorneys for Defendant
MAYOR LONDON BREED, in her official capacity
as Mayor of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SAN FRANCISCO INTERNATIONAL ARTS FESTIVAL, NKECHI EMERUWA, | Case No. 3:20-cv-07314-JD |
|---|---|
| Plaintiffs, | **DECLARATION OF TARA STEELEY IN SUPPORT OF OPPOSITION TO EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER** |
| vs. | |
| MAYOR LONDON BREED, in her official capacity, GOVERNOR GAVIN NEWSOM, in his official capacity, | |
| Defendants. | |

I, Tara M. Steeley, declare as follows:

1. I am a Deputy City Attorney for Defendant LONDON BREED, in her official capacity as Mayor of the City of San Francisco. I am a member in good standing of the bar of this Court. I have personal knowledge of the matters stated, and if called to testify, I can and will testify competently as to all matters set forth herein.

2. Attached as **Exhibit A** is a true and correct copy of the Third Circuit's docket for *County of Butler v. Pennsylvania*, 20-2936, printed from Westlaw Edge. The docket shows that the opinion by the district court was stayed on pending appeal by the Third Circuit on October 1, 2020.

3. Attached as **Exhibit B** is a true and correct copy of an email I received. On information and belief, this email was sent from Charles Strickfaden (from the National Park Service) to Andrew Wood (from Plaintiff San Francisco International Arts Festival) on October 20, 2020. The email informs Mr. Wood that the permits for the festival have been denied by the National Park Service.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed October 20, 2020, at San Francisco, California.

                     *s/Tara M. Steeley*
                     TARA M. STEELEY