DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
Deputy City Attorney
TARA M. STEELEY, State Bar #231775
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4655
Facsimile:      (415) 554-4699
E-Mail:          Tara.Steeley@sfcityatty.org

Attorneys for Defendant
MAYOR LONDON BREED, in her official capacity
as Mayor of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SAN FRANCISCO INTERNATIONAL ARTS FESTIVAL, NKECHI EMERUWA, Plaintiffs, vs. MAYOR LONDON BREED, in her official capacity, GOVERNOR GAVIN NEWSOM, in his official capacity, Defendants. | Case No. 3:20-cv-07314-JD <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST FOR AN ORDER ALLOWING DEFENDANT TO EXCEED THE 15 PAGE LIMIT FOR THE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S OPPOSITION TO TEMPORARY RESTRAINING ORDER** |
|---|---|

[PROPOSED] ORDER RE PAGE LIMIT
CASE NO. 3:20-cv-07314-JD

Pursuant to Civil Local Rule 7-11, Defendant London Breed, in her official capacity as Mayor of San Francisco, submitted an Administrative Request for Order Allowing Defendant to Exceed Page Limit in Defendant's Memorandum of Points and Authorities in Support of Opposition to Ex Parte Motion for Temporary Restraining Order.

Having considered Defendant's submissions, the Court hereby GRANTS Defendant's motion and allows Defendant to file her brief up to 18 pages, exclusive of declarations and exhibits.

IT IS SO ORDERED

DATE:_____         _____
                                       Honorable James Donato
                                       Judge, United States District Court