XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General
SHARON L. O'GRADY
Deputy Attorney General
State Bar No. 102356
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3834
  Fax:  (415) 703-1234
  E-mail:  Sharon.OGrady@doj.ca.gov
*Attorneys for Defendant Gavin Newsom, in his official capacity as Governor of the State of California*

[REMAINING PARTIES ON SIGNATURE PAGE]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAN FRANCISCO INTERNATIONAL ARTS FESTIVAL; NKECHI EMERUWA,**<br><br>Plaintiffs,<br><br>v.<br><br>**MAYOR LONDON BREED, in her official capacity; GOVERNOR GAVIN NEWSOM, in his official capacity,**<br><br>Defendants. | 3:20-cv-07314-JD<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(Civ. L.R. 6-1(a))**<br><br>Courtroom:  11<br>Judge:  The Honorable James Donato<br>Trial Date:  Not set<br>Action Filed:  October 19, 2020 |

THE PARTIES, THROUGH THEIR COUNSEL OF RECORD, agree and stipulate as follows:

WHEREAS, on October 19, 2020, Plaintiffs filed the Complaint in this action;

WHEREAS, the current date on which Defendants must plead or otherwise respond to the Complaint is November 9, 2020;

WHEREAS, Defendants intend to file motions to dismiss the Complaint pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure;

WHEREAS Plaintiffs have agreed to Defendants' request for an extension of time to do so; and

WHEREAS, the requested extension will not alter the date of any event or any deadline already fixed.

NOW, THEREFORE, the Parties hereby stipulate and agree, pursuant to Civil Local Rule 6-1(a) that Defendants shall have an extension through November 20, 2020, to answer or otherwise respond to the Complaint.

Dated:  November 5, 2020              Respectfully submitted,

XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General

   */s/ Sharon L. O'Grady*

SHARON L. O'GRADY
Deputy Attorney General
*Attorneys for Defendant Gavin Newsom, in his official capacity as Governor of the State of California*

Dated November 5, 2020              DENNIS J. HERRERA
San Francisco City Attorney
WAYNE SNODGRASS
Deputy City Attorney

   */s/ Tara M. Steeley*

TARA M. STEELEY
Deputy City Attorney
*Attorneys for Defendant London Breed, in her official capacity as Mayor of San Francisco*

Dated:  November 5, 2020              MATTHEW W. KUMIN
Law Offices of Matthew Kumin, P.C.

   */s/ Kenneth Seligson*

KENNETH SELIGSON
Attorney at Law
*Attorneys for Plaintiffs San Francisco International Arts Festival*

Dated November 5, 2020              Mark Rennie Law Office

   */s/ Mark Rennie*

MARK RENNIE
Attorney at Law
*Attorney for Plaintiff Nkechi Emerua*

**ATTESTATION**

I, Sharon L. O'Grady, am the ECF user whose identification and password are being used to file the **STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**.  In compliance with Local Rules 5 and 6, I hereby attest that Tara M. Steeley, Kenneth Seligson, and Mark Rennie have all concurred in this filing.

SA2020303988
42416738.docx

# CERTIFICATE OF SERVICE

Case Name: **San Francisco International Arts Festival, et al. v. Mayor London Breed, et al.**

Case No.   **3:20-cv-07314-JD**

I hereby certify that on <u>November 5, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 5, 2020</u>, at San Francisco, California.

| Robert Hallsey | /s/ Robert Hallsey |
|---|---|
| Declarant | Signature |

SA2020303988
42416769.docx